Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 3

|  |  |
|---|---|
| RICHMOND INTERNATIONAL FOREST PRODUCTS, LLC,<br><br>       **Plaintiff,**<br><br>    **v.**<br><br>UNITED STATES,<br><br>       **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) |

SUMMONS Ct. No. 25-00116

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Plaintiff in this action is Richmond International Forest Products, LLC, an importer of merchandise subject to the antidumping duty order on Certain Hardwood Plywood Products from the People's Republic from China. Plaintiff was a party to the proceeding that led to the contested determination through the submission of arguments in a case brief and rebuttal brief before the U.S. Department of Commerce. Plaintiff, therefore, is an interested party pursuant 19 U.S.C. § 1677(9)(A). Plaintiff, thus, has standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiff contests the U.S. Department of Commerce's final results of the fifth administrative review of the antidumping duty order on Certain Hardwood Plywood Products from the People's Republic of China. The contested final results were published in the Federal Register as *Certain Hardwood Plywood Products From the People's Republic of China: Final Results of Administrative Reviews of the Antidumping and Countervailing Duty Orders, Final Determination of No Shipments; 2021-2022*, 90 Fed. Reg. 21,271 (Dep't Commerce May 19,

    2025) ("*Final Results*").
(Brief description of contested determination)

3. The *Final Results* in the administrative review were signed on May 12, 2025.
(Date of determination)

4. The *Final Results* in the administrative review were published in the Federal Register on May 19, 2025.
(If applicable, date of publication in Federal Register of notice of contested determination)

 

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Jill A. Cramer
Bryan P. Cenko
Ronalda G. Smith
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, Suite 810
Washington, DC 20015
202-688-3610
trade@mowrygrimson.com
*Counsel to Richmond International Forest Products, LLC*

Date: June 18, 2025

**SEE REVERSE SIDE**

Form 3-3

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0140

General Counsel
U.S. Department of Commerce
14th & Constitution Avenue, NW
Washington, DC 20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)